| Date | Pleading Number | |
|---|---|---|
| 10/13/71 | 1. | MOTION OF PLAINTIFF SUPER MOLD CORPORATION for transfer of case from the Dist. of Conn. to the W.D. Ky.; Supporting brief; and Proof of Service. |
| 10/28/71 | 2. | INTERNATIONAL RUBBER INDUSTRIES, INC. & J. E. SHEEHAN TIRE RETREADING, INC. Opposition to motion. |
| 11/2/71 | | ORDER - Setting A-1 and A-2 for hearing. 12/8/71 Phoenix Arizona Notified Counsel, involved judges. |
| 11/3/71 | 3 | SUPER MOLD CORP. reply brief |
| 11/5/71 | 4 | INTERNATIONAL RUBBER IND. and J. E. SHEEHAN TIRE RETREADING, INC. (defts) Request for postponement of December hearing until January 1972 |
| 11/9/71 | | ORDER - Vacating HEARING ORDER entered Nov. 2, 1971 notified counsel |
| 11/11/71 | 5 | SUPER MOLD CORP. statement regarding Hearing necessity for. |
| 12/1/71 | 6 | SUPER MOLD CORP. further statement regarding Hearing. |
| 12/21/71 | | HEARING ORDER entered setting A-1 and A-2 for Jan. 28, 1972, Washington, D.C. |
| 1/13/72 | 7 | SUPER MOLD CORP., MOVANT, request to withdraw motion w/cert. of service |
| 2/3/72 | | ORDER - Staying decision to transfer pending further developments. Notified counsel and involved judges. |
| 2/3/73 | | Letter from attorney Platt stating litigation is in the process of being settled. |
| 3/8/72 | | ORDER - DENYING transfer under §1407, Notified clerks, judges, and counsel. |

TRANSFER DENIED, ORDER, (UNPUBLISHED) March 8, 1972

DOCKET NO. 90

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE SUPER MOLD PATENT INFRINGEMENT LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Super Mold Corporation v. J. E. Sheehan Tire Retreading, Inc. *DISMISSED BY STIPULATION - 2/23/72* | Conn. 14,627 | Zampano | | Motion-pltf. 10/13/71 |
| A-2 | Super Mold Corporation v. International Rubber Industries, Inc. *DISMISSED - 2/1/72* | W.D. Ky. 6989 | Bratcher | | Motion-pltf. 10/13/71 |

DOCKET NO. 90

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE SUPER MOLD PATENT INFRINGEMENT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2 | Mack D. Cook, II, Esquire<br>1600 First National Twoer<br>Akron, Ohio 44308<br><br>Raleigh Jones, Esquire<br>Ewen, MacKenzie & Peden<br>2100 Commonwealth Bldg.<br>Louisville, Ky. 40202<br><br>William J. Keating<br>Reilly & Peck<br>205 Church Street<br>New Haven, Connecticut 06509<br><br>Norman S. Carr, Esquire<br>Brouse, McDowell, Bierce, Roetzel<br>   & Hunsicker<br>500 First National Tower<br>Akron, Ohio 44308 | J. E. SHEEHAN TIRE RETREADING (A-1)<br>Robert Fain, Esquire<br>Robert Fain, P.C.<br>333 State Street<br>Bridgeport, Connecticut 06603<br><br>INTERNATIONAL RUBBER INDUSTRIES, INC. (A-2)<br>Stanford W. Berman, Esquire<br>1730 Rhode Island Avenue, N.W.<br>Washington, D.C. 20036<br><br>William C. Boone, Jr., Esquire<br>Greenebaum, Grissom, Doll, Matthews<br>   & Boone<br>200 W. Broadway<br>Kentucky Home Life Building<br>Louisville, Kentucky 40202<br><br>Berman T. Platt, Esquire<br>Berman and Platt<br>1730 Rhode Island Ave., N.W.<br>Washington, D.C. 20036 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 90 -- In re Super Mold Patent Infringement

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| PLAINTIFF<br>Super Mold Corp. | A-1; A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |