DOCKET NO. 90

MAR -8 1972

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SUPER MOLD PATENT INFRINGEMENT LITIGATION

Re: Super Mold Corporation v. J. E. Sheehan Tire Retreading, Inc., Connecticut, Civil Action No. 14627

Super Mold Corporation v. International Rubber Industries, Inc., W.D. Kentucky, Civil Action No. 6989

### ORDER

It appearing that the two above-captioned actions have been dismissed,

IT IS ORDERED that the motion for consolidation under 28 U.S.C. §1407 be and the same is hereby DENIED as moot.

FOR THE PANEL:

Alfred P. Murrah
Chairman